**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20cr59 |
| | ) | |
| | ) | |
| ARKEEM COLLINS | ) | |
| | ) | |

**O R D E R**

This case is before the Court for a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1). The Court finds that there is probable cause to believe that the defendant has violated the terms and conditions of supervised release and, therefore, should appear for a revocation hearing before the assigned district judge in this matter.

**SO ORDERED** this __6th___ day of May, 2024.

_Christopher L. Ray_
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**